UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
MARIUSZ LORENC, on behalf of all others                        :
similarly situated,                                            :
                                                               :
                                                               :   Case No. 1:18-cv-02068 (CBA) (CLP)
                     Plaintiffs,                               :
                                                               :   NOTICE OF MOTION
                                                               :
       -against-                                               :
                                                               :
                                                               :
CENTENNIAL ELEVATOR INDUSTRIES,                                :
INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE                         :
3, and AUTOMATIC DATA PROCESSING,                              :
INC.,                                                          :
                                                               :
                                                               :
                     Defendants.                               :
-------------------------------------------------------------- x

      **PLEASE TAKE NOTICE THAT** upon the Memorandum of Law in Support of the Parties' Joint Motion for Judicial Approval of the Settlement Agreement, the Declaration of Arthur Z. Schwartz, sworn to on November 16, 2018, and all pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Cheryl L. Pollak at the United States Courthouse, 225 Cadman Plaza East, Courtroom 13B - South, Brooklyn, New York 11201, pursuant to the Court's October 9, 2018 Order requiring the Parties to submit their Settlement Agreement to the Court for approval, and for such further relief as this Court deems just and proper.

**Dated:   November 16, 2018**

| | |
|---|---|
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | THE LAMBOS FIRM, LLP |
| By:    s/Arthur Z. Schwartz<br>       Arthur Z. Schwartz | By:    s/Ian A. Weinberger<br>       Carol N. Lambos<br>       Ian A. Weinberger |
| 225 Broadway, Suite 1902<br>New York, New York 10007<br>Tel. (212) 285-1400<br>Fax (212) 285-1410<br>aschwartz@advocatesny.com | 303 South Broadway, Suite 410<br>Tarrytown, New York 10591<br>Tel. (212) 943-2470<br>Fax (212) 797-9213<br>cnlambos@lambosfirm.com |

iweinberger@lambosfirm.com

*Counsel to Plaintiff Mariusz Lorenc*   *Counsel to Defendant Centennial Elevator Industries, Inc.*

*A0051162*