UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MARIUSZ LORENC, on behalf of all others similarly situated,

                    Plaintiffs,

  -against-

CENTENNIAL ELEVATOR INDUSTRIES, INC., JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and AUTOMATIC DATA PROCESSING, INC.,

                    Defendants.

------------------------------------------------------------ x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 29 2019 ★

BROOKLYN OFFICE

Case No. 1:18-cv-02068 (CBA) (CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Mariusz Lorenc and Defendant Centennial Elevator Industries, Inc., by and through their undersigned counsel, that the Settlement Agreement and Mutual Release in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Settlement Agreement and Mutual Release.

**Dated:** November 9, 2018

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS

By: _____
    Arthur Z. Schwartz

225 Broadway, Suite 1902
New York, New York 10007
Tel. (212) 285-1400
Fax (212) 285-1410
aschwartz@advocatesny.com

*Counsel to Plaintiff Mariusz Lorenc*

THE LAMBOS FIRM, LLP

By: _____
    Carol N. Lambos
    Ian A. Weinberger

303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 943-2470
Fax (212) 797-9213
cnlambos@lambosfirm.com
iweinberger@lambosfirm.com

*Counsel to Defendant Centennial Elevator Industries, Inc.*

**SO ORDERED:**

  s/Carol Bagley Amon

Hon. ~~Cheryl Pollak~~ *Carol B. Amon*
United States ~~Magistrate~~ Judge *District*

1/28/19

A0049337